IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G.A.,<br><br>        *Plaintiff*,<br><br>   v.<br><br>RACHEL LEWIS, et al.,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 24-141 |

### NOTICE

To: Counsel of Record

     TAKE NOTICE that the Final Pretrial Conference scheduled for **Tuesday, May 27, 2025 at 10:00 a.m.** will take place in **Courtroom 17-B**, on the Seventeenth Floor.

                                               Very truly yours,

                                               */s/Katie Rolon*
                                               Katie Rolon, Deputy Clerk
                                               to the Honorable Gerald J. Pappert

Copies E-mailed on 5/22/25 to:
    Israel A. Schwartz, Esq.
    Noah A. Schwartz, Esq.
    Stephen O'Hanlon, Esq.
    Guy A. Donatelli, Esq.